BANKERS TRUST COMPANY, as Trustee, Appellant, *v.* CITY OF YONKERS et al., Respondents, Impleaded with Another.

Argued April 10, 1939; decided May 16, 1939.

*Sherwood E. Hall* and *Adrian D. Stevenson* for appellant.

*Leonard G. McAneny, Corporation Counsel (William A. Walsh* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.